# United States District Court
## Violation Notice

EV88

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 3719330 | MALIK | M8885 |

3719330

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 12/28/2015 1228 | 32 CFR 234-6(L) |

Place of Offense: Pentagon Reservation

Offense Description: Factual Basis for Charge — HAZMAT ☐

Violation of lawful order

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| SPICER | Christopher | R |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | | N/A |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE

Court Address: United States District Court, 401 Courthouse Square, Alexandria, VA 22314 / 703-299-2100

Date: 02/04/2016    Time: 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: *Chr R Spicer*

(Rev. 01/2011)   Original - CVB Copy

CVB SCAN JAN 20, 2016 15:45

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **December 28, 2015** while exercising my duties as a law enforcement officer in the **Eastern** District of **Virginia**

On Dec. 28, 2015 at approximately 1133 hours, an incident command was established on the Pentagon Reservation at the Pentagon Metro Platform in anticipation of the Iihan House's demonstration. I, Officer Malik (unit #629) was an arrest team member for the incident. A group of approximately 44 individuals gathered on Army Navy Drive and began to walk toward the Metro Entrance Facility. The first 37 protestors were directed and went into the Designated Protest Area near the Pentagon Metro Entrance Facility. Seven of the protestors refused to enter the designated protest area and remained on the sidewalk outside of the designated protest area. Mr. SPICER was one of the protestors that failed to enter the protest area as directed. After they were given 3 warnings by Sgt. McKillen, one minute apart, SPICER was arrested for failure to comply with a lawful order.

The foregoing statement is based upon:

☒ my personal observation ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **12/28/2015**    Officer's Signature: _____

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN JAN 20, 2016 15:45