IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1: _16_ PO _247_ |
| | ) | TVN No. 3719330 |
| v. | ) | Court Date: Feb 4, 2016 |
| | ) | |
| CHRISTOPHER R. SPICER, | ) | |
| Defendant | ) | |

## MOTION FOR DISMISSAL

The United States of America does not desire to prosecute further the above-referenced criminal case pertaining to the defendant, CHRISTOPHER R. SPICER. Accordingly, the United States hereby moves for a dismissal with prejudice of the above-referenced criminal case, pertaining to the defendant, CHRISTOPHER R. SPICER.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

BY: _____
Paul A. Embroski
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Dismissal and proposed Order were mailed, postage prepaid, on this 27th day of January, 2016, to the Defendant, CHRISTOPHER R. SPICER, at the address listed on his charging document.

_____
Paul A. Embroski
Special Assistant United States Attorney

# United States District Court
## Violation Notice

CVB Location Code: EV88

**Violation Number:** 3719330
**Officer Name (Print):** MALIK
**Officer No.:** M8885

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 12/28/2015 1228
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 32 CFR 234.6(b)
**Place of Offense:** Pentagon Reservation
**Offense Description: Factual Basis for Charge:** Violation of Lawful Order
HAZMAT ☐

### DEFENDANT INFORMATION
**Phone:** (617) 832-5010
**Last Name:** SPICER
**First Name:** Christopher
**M.I.:** R
**Street Address:** 210 Herrick Road MB 155
**City:** Newton
**State:** MA
**Zip Code:** 02459
**Date of Birth:** 06/26/1982
**Drivers License No.:** S81551247
**CDL:** ☐
**D.L. State:** MA
**Social Security No.:** 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
☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female
**Hair:** Blonde  **Eyes:** Blue  **Height:** 6'0"  **Weight:** 150

**VEHICLE** VIN: N/A   CMV ☐
Tag No.: N/A  State: N/A  Year: N/A  Make/Model: N/A  PASS ☐  Color: N/A

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

**YOUR COURT DATE** (If no court appearance date is shown, you will be notified of your appearance date by mail.)
**Court Address:** 703-299-2100
United States District Court
401 Courthouse Square
Alexandria, VA 22314
**Date:** 02/04/2016
**Time:** 09:00

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature:** Chris R Spicer

Original - CVB Copy
(Rev. 01/2011)

---

I state that on December 28, 2015 while exercising my duties as a law enforcement officer in the Eastern District of Virginia.

On Dec 28, 2015 at approximately 1133 hours, an incident command was established on the Pentagon Reservation at the Pentagon Metro Platform in anticipation of the Jonah House's demonstration. I, Officer Malik (unit #629) was an arrest team member for the incident. A group of approximately 44 individuals gathered on Army Navy Drive and began to walk toward the Metro Entrance Facility. The first 37 protestors were directed and went into the Designated Protest Area near the Pentagon Metro Entrance facility. Seven of the protestors refused to enter the designated protest area and remained on the sidewalk outside of the designated protest area. Mr. SPICER was one of the protestors that failed to enter the protest area as directed. After they were given 3 warnings by Sgt. McKillen, one minute apart, SPICER was arrested for failure to comply with a lawful order.

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 12/28/2015  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident